# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Darrell W. Clifford, | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| Governor Jack Dalrymple, et. al., | ) Case No. 1:16-cv-120 |
| Defendants. | ) |

The record reflects that plaintiff payed the filing fee on July 8, 2016. Consequently, the Clerk's office is directed to file plaintiff's complaint.

**IT IS SO ORDERED.**

Dated this 29th day of July, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court